UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:                                                        )
                                                              )          CASE NO. 13-33543-KRH
Armando Napoles                                               CHAPTER 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION OF ATTORNEY
FOR DEBTOR(S)

America Law Group, Inc. c/o Richard J. Oulton, Attorneys for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as the firm in which all attorneys who provided services to Debtor(s) were members at the time the following services for the Debtor(s) was provided, which services provided total the amount of **$400.00.**

1. The filing of a **post-confirmation modified plan** on **12/4/2015** pursuant to the **trustee's motion to dismiss** on **10/19/2015.**

2. Fees in the amount of $3,400.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

Respectfully Submitted,

/s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel:  (804) 308-0051
 Fax: (804) 518-5121

Certificate of Service

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

                                                                                            /s/ Richard J. Oulton
                                                                                           Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:              )
                    )   CASE NO. 13-33543-KRH
Armando Napoles         CHAPTER 13
Debtor(s)
6418 Binnis Ave
Richmond, VA 23225

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any): [1927]

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of **$400.00** for services rendered. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before **September 7, 2016 (14 days)** you or your attorney must:

[X] File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above:

United States Bankruptcy Court
701 E. Broad Street
Richmond, VA 23219

[ ] Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

[ ] Attend the hearing on the motion scheduled to be held on _____ at _____ __. M. at the United States Bankruptcy Court, 701 E. Broad Street, Room _____, Richmond, VA 23219.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

You must also mail a copy to the attorney for the Debtor(s) and to the Chapter 13 Trustee:

Address of attorney for the Debtor(s):     Richard J. Oulton
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121

Address of Chapter 13 Trustee:
Suzanne E. Wade, P.O. Box 1780, Richmond, VA 23218-1780

**8/24/2016**     /s/ Richard J. Oulton
Richard J. Oulton (VSB#29640)
Attorney for Debtor
America Law Group, Inc.
8501 Mayland Drive, #106
Henrico, VA 23294
Tel: (804) 308-0051
Fax: (804) 518-5121

## PROOF OF SERVICE

I certify that I on **8/24/2016,** I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system to the Chapter 13 trustee, the United States trustee, and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court who have filed a claim or filed a notice of appearance, a copy of which is attached and by mail to the Debtor(s) at the address listed below.

/s/ Richard J. Oulton

**Parties served:**

Suzanne E. Wade
P. O. Box 1780
Richmond, VA 23218-1780

Armando Napoles
Debtor
6418 Binnis Ave
Richmond, VA 23225

**NAME AND ADDRESSES OF CREDITORS**

American Express
c/o Becket and Lee LLP
Po Box 3001
Malvern, PA 19355

American Express
Consumer Service
PO Box 981535
El Paso, TX 79998

American Honda Finance
Po Box 168088
Irving, TX 75016

Bachomeloans
450 American St
Simi Valley, CA 93065

Bank Of America
Attn: Bankruptcy NC4-105-03-14
Po Box 26012
Greensboro, NC 27410

Bon Secours
PO Box 28538
Henrico, VA 23228

Chase
Po Box 15298
Wilmington, DE 19850

Chase
P.o. Box 15298
Wilmington, DE 19850

Child Support Comm of Va
DCSE Bankruptcy Unit
2001 Maywill St Ste. 104
Richmond, VA 23230

Citi
PO Box 653095
Dallas, TX 75265

Citibank Usa
Attn.: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195

City of Hopewell
Treasurer's Office
300 N. Main Street
Hopewell, VA 23860-2721

DCSE
Bankruptcy Unit
2001 Maywill Street, Ste 104
Richmond, VA 23230

Dell Financial Services
Attn: Bankruptcy Dept.
Po Box 81577
Austin, TX 78708

Dell Financial Services
Attn: Bankrupcty
Po Box 81577
Austin, TX 78708

Discover Fin
Po Box 3025
New Albany, OH 43054

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850

Dominion Law Associates
222 Central Park Avenue
Virginia Beach, VA 23462-3026

Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076

Henrico Doctor's Hospital
PO Box 13620
Richmond, VA 23225-8620

Home Furnish
5324 Virginia Beach Blvd
Virginia Beach, VA 23462

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197

King's Creek Plantation
191 Cottage Cove Lane
Williamsburg, VA 23185

Lowes / MBGA
Po Box 103104
Roswell, GA 30076

Marina Aleman
8906 Quinnford Blvd
Richmond, VA 23237

Marina Cortez
8906 Quinnford Blvd
Richmond, VA 23237

Martina Cortez
8906 Quinnford Blvd
Richmond, VA 23237

MetLife Home Loans
4000 Horizon Way
Suite 100
Irving, TX 75063

Pellettieri Group LLC
1717 Park St, Ste 125
Naperville, IL 60563

PRA Receivables Management
PO Box 12914
Norfolk, VA 23541

Professional Emergency Care
1500 N 28th St
Richmond, VA 23223

Resurgent Capital Services
re: East Bay Funding
PO Box 10587
Greenville, SC 29603-0587

St Francis Medical
PO Box 404976
Atlanta, GA 30384

Toyota Motor Credit Co
PO Box 3457
Torrane, CA 90510

Tuckahoe Creek Emerg Phys
12720 Tuckahoe Creek Court
Henrico, VA 23238

United Collect Bur Inc
5620 Southwyck Blvd Ste
Toledo, OH 43614

Verizon Wireless
Attn: Bankruptcy
Po Box 3397
Bloomington, IL 61702

Walkers Recovery Services
13941 James Dr.
Lanexa, VA 23089

Wffinancial
3310 N Hayden Rd 1
Scottsdale, AZ 85251